IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

J.K. Harris & Company, LLC,

Plaintiff,

vs.

Vicki J. Dye, a Minnesota resident, and
ABC Company, a corporation, entity,
or person,

Defendants.

---

Civil No. 01-CV-2041 RHK/SRN

**STIPULATION TO AMEND THE PLEADINGS** AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, that the pleadings in the above-entitled action be amended as follows:

1. That Plaintiff J.K. Harris & Company may amend its Complaint to substitute the name "End Tax Problems, Inc." wherever the name "ABC Company, corporation, entity, or person" appears;

2. That Defendant Vicki J. Dye may amend her Answer to assert a counterclaim against Plaintiff J.K. Harris & Company; and

3. That the caption in this action be amended to read as follows:

J.K. Harris & Company, LLC, a South Carolina
corporation,

Plaintiff,

vs.

Vicki J. Dye, a Minnesota resident, and
End Tax Problems, Inc., a Florida corporation,

Defendants.

FILED JAN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

The amended caption shall be applicable to all pleadings in the above-entitled matter.

**FLYNN & GASKINS, L.L.P.**

Dated: January 9, 2002

Steven E. Rau, #147990
Shalanda D. Ballard, #284361
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
*Attorneys for Plaintiff J.K. Harris & Company*

**SHREFFLER LAW FIRM, P.A.**

Dated: January 9, 2002

Charles Shreffler, #183295
2116 Second Avenue South,
Minneapolis, MN 55404-2606
(612) 827-8000
*Attorney for Defendant Vicki J. Dye*

**ORDER**

IT IS HEREBY ORDERED that the pleadings may be amended in accordance with the above-reached Stipulation between the parties.

BY THE COURT:

Dated: January 10, 2002

Honorable Susan Richard Nelson
Magistrate Judge of United States District Court