UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

J K HARRIS & COMPANY, LLC

Plaintiff,

vs CV 01-2041 RHK/SRN

VICKI J. DYE, a Minnesota resident; DELANG DIRECT, LLC, a Florida coporation dba End Tax Problems Inc.,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 18, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

APR 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK